# Court of Appeals
# of the State of Georgia

ATLANTA, <u>    May 25, 2016    </u>

*The Court of Appeals hereby passes the following order:*

## A16D0358.  MOUSSA DIARRA v. THE STATE.

Moussa Diarra, *pro se*, seeks appellate review of the trial court's order dismissing as untimely his demand for speedy trial, filed pursuant to OCGA § 17-7-170.   A defendant has the right to directly appeal from the pre-trial denial of a statutory speedy trial demand.  See *Tolbert v. Toole*, 296 Ga. 357, 360, n. 7 (767 SE2d 24) (2014).

Under OCGA § 5-6-35 (j), when a timely application for discretionary appeal is filed in a case that is subject to direct appeal under OCGA § 5-6-34 (a), but not subject to discretionary appeal under OCGA § 5-6-35 (a), and the applicant has not filed a timely notice of appeal, the appellate court has jurisdiction to decide the case and must grant the application.  Accordingly, this application is GRANTED.

Diarra shall have ten days from the date of this order to file a notice of appeal with the superior court.  OCGA § 5-6-35 (g). The clerk of the superior court is instructed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/25/16*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*